UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DITECH FINANCIAL, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:17-cv-695 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| DANIEL NICHOLS, et al., | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

On Plaintiff's motion, this matter has been remanded to the state courts. There are no pending claims in this Court. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 29, 2018 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge